United States District Court
Southern District of Texas
**ENTERED**
June 11, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| RYAN  PEREZ, | § | |
| (TDCJ #01648348) | § | |
| | § | |
|      Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 6:19-CV-19 |
| | § | |
| LORIE  DAVIS, | § | |
| | § | |
|      Respondent. | § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's Memorandum Opinion and Order entered this date,

this civil action is **DISMISSED with prejudice**.

A certificate of appealability is **DENIED**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide copies of this Order to the parties.

It is so **ORDERED**.

SIGNED on this 11th day of June, 2020.

_____
Kenneth M. Hoyt
United States District Judge